1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| EDUARDO G. NIEVES, individually, | ) | |
| Plaintiff, | ) | 2:11-cv-247-JCM-RJJ |
| vs. | ) | |
| ROOFING WHOLESALE COMPANY, INC., etc., *et al*., | ) | O R D E R |
| Defendant, | ) | |

This matter was submitted to the undersigned Magistrate Judge on an Ex Parte Application to Extend Time to Effectuate Service of Process Upon Jose Navarro (#20).

The Court having reviewed the Ex Parte Application (#20) and good cause appearing therefore,

IT IS HEREBY ORDERED that the  Ex Parte Application to Extend Time to Effectuate Service of Process Upon Jose Navarro (#20) is **GRANTED IN PART AND DENIED IN PART**.

IT IS FURTHER ORDERED that the Ex Parte Application to Extend Time to Effectuate Service of Process Upon Jose Navarro (#20) is GRANTED in that Plaintiff shall have to and including August 12, 2011, to effect service of process of the Summons and Complaint.

IT IS FURTHER ORDERED that the  Ex Parte Application to Extend Time to Effectuate Service of Process Upon Jose Navarro (#20) is DENIED as to all other requests.

DATED this  __28th__  day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge