<pre>
FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ANTHONY B. GOLDEN
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  agolden@laborlawyers.com

Attorneys for Defendant
Roofing Wholesale Company, Inc
</pre>

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDUARDO G. NIEVES, individually, <br><br> Plaintiff, <br><br> vs. <br><br> ROOFING WHOLESALE COMPANY, INC., a Delaware Corporation; MARTIN TAVARES, individually; and JOSE NAVARRO, individually, <br><br> Defendants. | Case No.: 2:11-cv-00247-JCM-RJJ <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, Eduardo G. Nieves, by and through his counsel of record, and Defendants, Roofing Wholesale Company, Inc. ("Roofing Wholesale") and Martin Tavares ("Tavares"), by and through their counsel of record, that

    1.    Roofing Wholesale shall be dismissed from this action, with prejudice;

    2.    Pursuant to the Court's Order of July 14, 2011 (docket #23), Tavares has already been dismissed from this action, with prejudice, and that Tavares will not seek the attorney's fees granted by the July 14, 2011 Order;

///

3. Defendant, Jose Navarro, has never been served in this case and Plaintiff dismisses Navarro from this action, with prejudice; and

4. Each party to bear its own attorney's fees and costs.

DATED this 12th day of December, 2011

FISHER & PHILLIPS LLP

By: /s/ Anthony B. Golden
Mark J. Ricciardi, Esq.
Anthony B. Golden, Esq.
3800 Howard Hughes Parkway
Suite 950
Las Vegas, Nevada 89109

Attorneys for Defendants Roofing Wholesale Company, Inc. and Martin Tavares

DATED this 9th day of December, 2011

JOHN PETER LEE, LTD.

By: /s/
John Peter Lee, Esq.
John C. Courtney, Esq.
830 Las Vegas Boulevard South
Las Vegas, NV 89101

Attorneys for Plaintiff

IT IS SO ORDERED:

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

Dated: December 15, 2011

LasVegas 91991.1

- 2 -